**UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| **COMPUTER SOFTWARE PROTECTION LLC**<br><br>Plaintiff,<br><br>v.<br><br>**WOLFRAM RESEARCH, INC.**<br><br>Defendant. | Civil Action No. 12-cv-455-SLR |

**JOINT MOTION AND ORDER OF DISMISSAL
PURSUANT TO FED. R. CIV. P. 12(H)(3)**

Plaintiff Computer Software Protection LLC ("CSP") served upon Wolfram Research, Inc. ("Wolfram"), the attached Covenant Not To Sue on August 4, 2014 thereby removing subject matter jurisdiction for the claims and counterclaims at issue in this case. Pursuant to Fed. R. Civ. P. 12(h)(3) CSP and Wolfram jointly stipulate and move the Court to dismiss all claims and counterclaims asserted by CSP in this action with prejudice and to dismiss all of Wolfram's claims and counterclaims asserted by it in this action without prejudice. Within the time limits set under Fed. R. Civ. P. 54(d), the Court will retain jurisdiction to hear any motions for costs and fees.

Dated: August 5, 2014

Respectfully submitted,

| | |
|---|---|
| */s/ Brian E. Farnan*<br>Brian E. Farnan (No. 4089)<br>Michael J. Farnan (No. 5165)<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>mfarnan@farnanlaw.com<br>Attorneys for Plaintiff | /s/ Richard K. Herrmann<br>Richard K. Herrmann (I.D. #405)<br>Mary B. Matterer (I.D. #2696)<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, Delaware 19801<br>(302) 888-6800<br>mmatterer@morrisjames.com<br>Attorneys for Defendant Wolfram Research, Inc. |

SO ORDERED this _____day of August, 2014

_____
The Honorable Sue L. Robinson
United States District Judge